UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-21551-CIV-ALTONAGA/Simonton

**PATRICK REPPERT**, *et al.*,

    Plaintiffs,

vs.

**MINT LEAF, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiffs' Verified Motion for Award of Costs Relating to Defendants' Failure to Waive Formal Service of Process and Attorneys' Fees Relating to the Preparation of this Motion ("Motion") [ECF No. 42], filed November 9, 2011. Local Rule 7.1.A.3. of the U.S. District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . . At the end of the motion, and above the signature block, counsel for the moving party shall certify [in accordance herewith.]

According to the Motion, "a good faith effort was made to resolve the issues raised herein. On August 31, 2011, the undersigned sent defense counsel e-mail correspondence requesting that Defendants pay the costs of service in the amount of $315.00." This certification does not comply with Local Rule 7.1.A.3., as it does not describe efforts to confer about the relief sought in this specific Motion. This is particularly true since the Motion seeks not only costs of $315.00 but attorneys' fees of $1,330.00. Accordingly, it is

Case No.  11-21551-CIV-ALTONAGA/Simonton

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 42]** is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of November, 2010.

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record