UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-21551-CIV-ALTONAGA/Simonton

**PATRICK REPPERT**, *et al.*,

    Plaintiffs,

vs.

**MINT LEAF, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiffs' Verified Renewed Motion for Award of Costs Relating to Defendants' Failure to Waive Formal Service of Process and Attorneys' Fees Relating to the Preparation of this Motion ("Motion") [ECF No. 47], filed December 13, 2011. Rule 7.1(c) of the Local Rules of the United States District Court for the Southern District of Florida provides "each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." The time for filing a response has passed, and, to date, the record reflects that Defendants have failed to respond to the Motion. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 47]** is **GRANTED** by default pursuant to Local Rule 7.1(c). The Court awards costs and fees, in the total amount of $1,645.00, in favor of Plaintiffs and against Defendants.

Case No. 11-21551-CIV-ALTONAGA/Simonton

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of January, 2012.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record