UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-21551-CIV-ALTONAGA/Simonton

**PATRICK REPPERT**, *et al.*,

    Plaintiffs,

vs.

**MINT LEAF, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Magistrate Judge John J. O'Sullivan's Order Approving Settlement Agreement and Recommending that the Case Be Dismissed with Prejudice ("Report") [ECF No. 100], entered on October 29, 2012. Judge O'Sullivan "reviewed the terms of the settlement agreement including the amount of back wages to be received by the plaintiffs and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes." (Report 2). Accordingly, Judge O'Sullivan approved the settlement. (*Id.*).

However, Judge O'Sullivan advises, "[t]he parties have not resolved the amount of reasonable attorney's fees and costs to be received by the plaintiffs' counsel. As part of the attorney's fee issue, the Court will determine whether Mint Leaf, Inc. was an employer under the FLSA." (*Id.* 2 n.1). Accordingly, Judge O'Sullivan recommends the case be dismissed with prejudice, with the Court to retain jurisdiction until May 12, 2013 to enforce the terms of the settlement, and further recommends the Court retain jurisdiction to determine reasonable

Case No. 11-21551-CIV-ALTONAGA/Simonton

attorney's fees and costs and whether Mint Leaf, Inc. was properly named as an employer under the FLSA. (*Id.* 2). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 100]** is **AFFIRMED AND ADOPTED**. Any pending motions are **DENIED as moot**. The case is **DISMISSED with prejudice** and the Clerk is directed to **CLOSE** the case. The Court will retain jurisdiction until May 12, 2013 to enforce the terms of the settlement agreement. The Court will further retain jurisdiction to determine reasonable attorney's fees and costs and whether Mint Leaf, Inc. was properly named as an employer under the FLSA.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of October, 2012.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record