UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-21551-CIV-ALTONAGA/Simonton

**PATRICK REPPERT**, *et al.*,

    Plaintiffs,

vs.

**MINT LEAF, INC.**, *et al.*,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court on Plaintiffs' Motion for Entry of Final Judgment ("Motion") [ECF No. 115], filed February 8, 2013. The Court approved the parties' settlement in favor of Plaintiffs, Patrick Reppert and Joseph Diaz (*see* [ECF Nos. 100, 101]), awarded Plaintiffs attorneys' fees and costs in the amount of $1,645.00 due to Defendants' failure to waive formal service of process (*see* [ECF No. 48]), awarded costs in the amount of $2,624.40 (*see* [ECF No. 109]), and awarded attorneys' fees in the amount of $102,497.25 (*see* [ECF No. 114]). Therefore, in accordance with the Court's previous Orders and Federal Rule of Civil Procedure 58, it is

    **ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 115]** is **GRANTED**.

2. Final Judgment is entered in favor of Plaintiffs Patrick Reppert and Joseph Diaz, and against Defendants Ranjit Sood, Jointcater USA, Inc., and Monica Vallarino, jointly and severally, for a total judgment in the amount of $106,766.65, for which sum execution shall issue forthwith. The Final Judgment shall accrue interest at the rate of

CASE NO. 11-21551-CIV-ALTONAGA/Simonton

.015 % per annum and will be adjusted in accordance with federal law. Defendants shall take nothing by this action.

3. The Court reserves jurisdiction to enforce the terms of the Final Judgment, and, if Plaintiffs are unable to collect, to determine whether Defendant Mint Leaf, Inc. was an employer under the FLSA.

**DONE AND ORDERED** in Miami, Florida on this 11th day of February, 2013.

*[signature: Cecilia M. Altonaga]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record